UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BARON HALL,

Defendant.

26-CR-122-LJV-HKS-1
DECISION & ORDER

1. On November 3, 2026, the defendant, Baron Hall, pleaded guilty to Count 1 of the indictment, charging a violation of Title 18, United States Code, Section 922(g)(1) (possession of firearm by a convicted felon). Docket Item 17. On November 3, 2026, the Honorable H. Kenneth Schroeder, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 18.

2. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

3. This Court has carefully reviewed *de novo* Judge Schroeder's Report & Recommendation (Docket Item 18), the plea agreement (Docket Item 17), the indictment (Docket Item 5), a transcript of the plea proceeding (Docket Item 20), and the applicable law. This Court finds no legal or factual error in Judge Schroeder's Report & Recommendation and therefore adopts Judge Schroeder's recommendation that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Schroeder's November 3, 2026 Report & Recommendation, Docket Item 18, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Baron Hall is now adjudged guilty of count 1 of the indictment under Title 18, United States Code, Section 922(g)(1).

SO ORDERED.

Dated: November 19, 2026
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE